UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANE K. JAHNS,<br><br>      Plaintiff,<br><br>  v.<br><br>BOUTEN CONSTRUCTION COMPANY, a Washington corporation,<br><br>      Defendant. | No. 2:16-CV-0229-SMJ<br><br>**ORDER DISMISSING CLAIM** |

On January 30, 2017, the parties filed a stipulated motion to dismiss Plaintiff Diane K. Jahns's claim for deliberate intention to cause injury. ECF No. 22. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

  **1.** The parties' Motion to Dismiss Claim for Deliberate Intention to Cause Injury, **ECF No. 22**, is **GRANTED.**

  **2.** Plaintiff's claim for deliberate intention to cause injury, ECF No. 1 at 3, ¶¶ 3.5–3.8, is **DISMISSED WITH PREJUDICE**.

//

//

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 31st day of January 2017.

*[signature]*
_____
SALVADOR MENDOZA, JR.
United States District Judge